UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TIMOTHY GREENLEE, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No. 1:07-cv-1275-RLY-TAB |
| ) | |
| STANLEY KNIGHT, Superintendent, ) | |
| ) | |
| Respondent. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 4/8/2008

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Timothy Greenlee
#865760
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

Linda.Leonard@atg.in.gov